DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAY PARTNERS, LLC,**
Appellant,

v.

**GERALD W. BASHANT, SR.,** and the
**BASHANT FAMILY LIMITED PARTNERSHIP,**
Appellees.

No. 4D17-672

[January 25, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562015CA000868.

John J. Anastasio of the Law Office of John J. Anastasio, Stuart, for appellant.

Robert P. Summers and Jessica M. Vanvalkenburgh of McCarthy, Summers, Bobko, Wood, Norman, Bass & Melby, P.A., Stuart, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***